| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Airway Air Charter, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **31-1415093** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**14950 NW 44th Court**<br>**Suite 16**<br>**Opa Locka, FL 33054**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://nobleaircharter.com/about/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Airway Air Charter, Inc.**        Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Airway Air Charter, Inc.**                                                                  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Airway Air Charter, Inc.**  Case number (*if known*)
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Airway Air Charter, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　06/21/2024
　　　　　　　　MM / DD / YYYY

X  /s/ *[signature]*　　　　　　　　　　　　　　　**Jonathan Jackson**
Signature of authorized representative of debtor　　Printed name

Title　**President**

---

**18. Signature of attorney**

X  /s/ *[signature]*　　　　　　　　　　　　　　　Date　06/21/2024
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone　**(407) 481-5800**　　Email address　**dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Airway Air Charter, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aerotek Aviation P.O. BOX 198531 Atlanta, GA 30384 | | Vendor | | | | $18,139.30 |
| American Express PO Box 981535 El Paso, TX 79980 | | Business Credit Card | | | | $195,488.00 |
| Atlantic Aviation OPF PO Box 930645 Atlanta, GA 31193 | | Vendor | | | | $34,873.74 |
| Becker Boards Small, L.L.C 4234 E Indian School Rd Phoenix, AZ 85018 | | Vendor | | | | $41,825.00 |
| Boom Funded LLC 6501 Congress Ave. Suite 140 Boca Raton, FL 33487 | | | | $278,923.10 | $0.00 | $278,923.10 |
| Engine Management Specialist LLC 2529 Old Davisson Run Rd Clarksburg, WV 26301 | | Vendor | | | | $18,342.00 |
| FAVO Capital, Inc. 1025 Old Country Rd. Suite 421E Westbury, NY 11590 | | Vendor | | | | $177,884.65 |
| Fireside Partners 60 Starlifter Ave Suite 101 Dover, DE 19901 | | Vendor | | | | $9,393.83 |

Debtor **Airway Air Charter, Inc.**    Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Florida Deparment of Revenue**  **5050 W Tennessee St**  **Tallahassee, FL 32399** | | **2022 Taxes** | | | | $53,326.52 |
| **Internal Revenue Service**  **Ogden, UT 84201** | | **2022 Taxes** | | | | $90,470.77 |
| **International Corp.& Cargo Serv.**  **Av. Santa Fe  505 Piso**  **Col.Cruz Manca**  **Santa Fe 05349, Mexico DF** | | **Vendor** | | | | $15,138.77 |
| **Newcastle Aviation LLC**  **16381 Domestic Ave Suite 100**  **Fort Myers, FL 33912** | | **Vendor** | | | | $20,000.00 |
| **Pratt & Whitney Canada Corp.**  **1000 Marie-Victorin Longueuil**  **Quebec, Canad J4G 1A1** | | **Vendor** | | | | $147,317.50 |
| **Proserv Aviation Inc.**  **10551 S Oakview Pkwy**  **Suite 400**  **Oak Creek, WI 53154** | | **Vendor** | | | | $36,829.24 |
| **Rusenko CPA, PC**  **3060 Peachtree Rd**  **Suite 1210**  **Atlanta, GA 30305** | | | | | | $13,888.57 |
| **TD Bank**  **255 Alhambra Circle 12th Floor**  **Miami, FL 33134** | | **Line of Credit** | | | | $149,354.00 |
| **Textron Aviation ProPart**  **One Cessna Blvd**  **Wichita, KS 67218** | | **Vendor** | | | | $555,034.35 |
| **Titan Aviation Fuels**  **US Bank Multi Service Aviation**  **PO Box 952656**  **Saint Louis, MO 63195** | | **Vendor** | | | | $35,317.64 |

Debtor **Airway Air Charter, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Admin** **CESC-COVID EIDL Service Center** **14925 Kingsport Rd** **Fort Worth, TX 76155** | | | | $14,323.37 | $0.00 | $14,323.37 |
| **US Small Busines Admin.** **CESC-COVID EIDL Service Center** **14925 Kingsport Rd** **Fort Worth, TX 76155** | | | | $1,068,296.96 | $0.00 | $1,068,296.96 |

## United States Bankruptcy Court
### Southern District of Florida

In re: **Airway Air Charter, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Venture Air Solutions Inc.**<br>**14950 NW 44th Court**<br>**Suite 16**<br>**Opa Locka, FL 33054** | | **100%** | **Sole Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  06/21/2024

Signature  *Jonathan Jackson*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of Florida**

In re  **Airway Air Charter, Inc.**                           Case No.

                                              Debtor(s)                  Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    06/21/2024

                                          Jonathan Jackson/President
                                          Signer/Title

Aerotek Aviation
P.O. BOX 198531
Atlanta, GA 30384


Aircraft Spruce & Specialty Co.
PO Box 4000
225 Airport Circle
Corona, CA 92878


American Express
PO Box 981535
El Paso, TX 79980


Atlantic Aviation OPF
PO Box 930645
Atlanta, GA 31193


Becker Boards Small, L.L.C
4234 E Indian School Rd
Phoenix, AZ 85018


Boeing Distribution, Inc.
PO Box 619048
Dallas, TX 75261-9048


Boom Funded LLC
6501 Congress Ave.
Suite 140
Boca Raton, FL 33487


CAMP Systems International Inc.
Dept. CH 19788
Palatine, IL 60055


Engine Management Specialist LLC
2529 Old Davisson Run Rd
Clarksburg, WV 26301


FAVO Capital, Inc.
1025 Old Country Road
Suite 421E
Westbury, NY 11590

```
FAVO Capital, Inc.
1025 Old Country Rd.
Suite 421E
Westbury, NY 11590


Fireside Partners
60 Starlifter Ave
Suite 101
Dover, DE 19901


Florida Deparment of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Internal Revenue Service
Ogden, UT 84201



International Corp.& Cargo Serv.
Av. Santa Fe  505 Piso
Col.Cruz Manca Santa Fe 05349, Mexico DF


Newcastle Aviation LLC
16381 Domestic Ave Suite 100
Fort Myers, FL 33912


Pratt & Whitney Canada Corp.
1000 Marie-Victorin Longueuil
Quebec, Canad J4G 1A1


Proserv Aviation Inc.
10551 S Oakview Pkwy
Suite 400
Oak Creek, WI 53154


Rusenko CPA, PC
3060 Peachtree Rd
Suite 1210
Atlanta, GA 30305


Sarasota Avionics & Maintenance
120 Airport Ave.
Venice, FL 34285
```

```
TD Bank
255 Alhambra Circle
12th Floor
Miami, FL 33134


Textron Aviation ProPart
One Cessna Blvd
Wichita, KS 67218


TForce Freight
1000 SEMMES AVENUE
PO Box 1216
Richmond, VA 23218


Titan Aviation Fuels
US Bank Multi Service Aviation
PO Box 952656
Saint Louis, MO 63195


U.S. Small Business Admin
CESC-COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


US Small Busines Admin.
CESC-COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155
```